# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RON ROMERO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RUSH TRUCK CENTERS OF CALIFORNIA, INC.,<br><br>　　　　　Defendant. | Case No: 5:17-cv-02023 DSF (SHKx)<br>*Assigned to the Honorable Dale S. Fischer and Magistrate Judge Shashi H. Kewalramani*<br><br>*[Removed from San Bernardino Superior Court Case No. CIVDS1715131 before the Honorable Thomas S. Garza]*<br><br>**ORDER REGARDING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>State Complaint Filed: August 8, 2017<br>Removed: October 2, 2017 |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| RON ROMERO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RUSH TRUCK CENTERS OF CALIFORNIA, INC.,<br><br>　　　　　Defendant. | Case No: 5:17-cv-02023DSF(SHKx)<br>*Assigned to the Honorable Dale S. Fischer and Magistrate Judge Shashi H. Kewalramani*<br><br>*[Removed from San Bernardino Superior Court Case No. CIVDS1715131 before the Honorable Thomas S. Garza]*<br><br>**ORDER REGARDING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>State Complaint Filed: August 8, 2017<br>Removed: October 2, 2017 |

**ORDER**

The foregoing stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: February 18, 2020

　　　　　　　　　　　　　　　　　　／s／ Dale S. Fischer
　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE